# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NUMBER: 3:18-CR-32 RLM |
| | ) | CASE NUMBER: 3:18 CR-83 RLM |
| | ) | |
| BRANDEN FURNARI | ) | |

## MOTION TO REVIEW CONDITIONS OF RELEASE

The Defendant, Branden Furnari, moves for a hearing to review the conditions of release previously set on the ground that there has been a change in circumstances which would justify amending the conditions of release in these matters, and in support shows:

1. Mr. Furnari is charged in Case Number 3:18-Cr-32 with Possession of a Destructive Device not Registered in the National Firearms Registration and Transfer Record.

2. This Court held a hearing on March 5, 2018, and granted the government's motion for detention.

3. On July 18, 2018, the government filed a motion to dismiss Case Number 3:18-Cr-32 RLM in favor of an Information and Plea Agreement filed in Case Number 3:18-Cr-83 RLM. That cause is a charge of Wire Fraud.

4. Mr. Furnari, pursuant to the plea agreement, pled guilty to the Information on July 20, 2018. Sentencing is set for October 24, 2018. Pursuant to agreement, the Court granted the government's motion for temporary detention, with leave to revisit the question of detention.

5. Mr. Furnari is facing a statutory maximum of 20 years, but his sentencing guidelines will be substantially lower. It is unclear what Mr. Furnari is facing as potential

guidelines, but his Total Offense Level could be as low as 5, resulting in a sentencing guideline of 6 to 12 months. He has been in custody at this point for nearly five months, so he potentially could exceed the bottom of his guidelines before sentencing.

6. Mr. Furnari seeks release in both cases with a condition that he reside at Dismas House. Dismas House has approved his staying at the facility. He would be subject to curfew and drug testing, as well as other house rules. He accordingly would be well supervised during his stay. Attached is a letter advising that Mr. Furnari would be accepted at Dismas House and outlining the program he would be subject to if he were released. Dismas House has advised the undersigned that they would want as a condition that Mr. Furnari participate in mental health and drug counselling at Oaklawn and that he agree to take medications as prescribed.

7. If required by the Court, Mr. Furnari is willing to submit to location monitoring in addition to any other conditions required.

WHEREFORE the Defendant moves for a hearing as to his conditions of release, and following that hearing, that he be released with a requirement that he reside at Dismas House pending his sentencing in this matter.

Dated: <u>July 24, 2018</u>

Northern District of Indiana
Federal Community Defenders, Inc.

By: <u>s/ H. Jay Stevens</u>
    H. Jay Stevens, Staff Attorney
    227 S. Main Street, Suite 100
    South Bend, IN 46601
    Phone: (574) 245-7393
    Fax: (574) 245-7394
    eMail: jay_stevens@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>July 24, 2018</u> I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

<u>/s/ H. Jay Stevens</u>
H. Jay Stevens, Staff Attorney
Northern District of Indiana
Federal Community Defenders, Inc.



BOARD OF DIRECTORS
Joan Wesolowski, *President*
Ann Kimmel, *Pres-Elect*
Linda Scopelitis, *Secretary*
Jami Ruiz, *Treasurer*
Martin L. Bartman
Rob Booker
John Butler
Jennifer Colanese
Doug Elder
Michael Evans
Andrea Gordon
Tim Grauel
David Keck
Thomas Keller
Sr. Sue Kintzele
William Montgomery
Gary Steinke
Amanda Winner
Kevin Wirt

*Board Emeritus Members*
Patricia Adams
Carolyn Clover
Christine Nowak
Jimita Potter
John Raymer
Mark Stamper

ADVISORY COUNCIL
J.R. Chamblee
*Attorney*
Debie Coble
*Goodwill Industries-Michiana*
Arthur Decio
*Skyline Corporation*
Deacon Greg Gehred M.D.
*Community Volunteer*
Mike Grzegorek
*St. Joseph Co. Sheriff*
Rev. David Link
*Prison Chaplin*
Dr. Carol Mooney
*St. Mary's College*
Randall Nelson
*The Copy Image*
Miguel Oviedo
*US Probation/Pretrial Services*
James Summers
*Small Business Consultant*

THE STAFF
Maria Stancati
*Executive Director*
Matthew Kaczmarek
*Program Director*

July 17, 2018

Dear Branden Furnari,

Congratulations! This letter verifies that Dismas House of South Bend has accepted you into its program. When you arrive, we will develop a client specific plan based on your needs.

Our intake time for a new residents is **Monday – Thursday before 5 pm**. Please call and let the office know your arrival day.

Dismas House is more than a place to live. It provides residents with a sense of family and belonging. It restores faith and hope. Dismas will share tools that help residents make life changes. Residents must be productive and move forward. They must be honest and responsible.

Dismas House is about living in community . . . being fair and courteous to volunteers, your house mates and staff. Dismas is inclusive, we believe everyone deserves dignity and respect. We'll hold you accountable for your actions, as well as, others in the house. At Dismas you will learn new skills and gain self-esteem. Dismas is a structured program that will teach you how to organize and balance your life. You must be positive. You are required to secure and maintain employment, which is the first step toward self-sufficiency. While at Dismas House you will experience personal growth, the opportunity to develop lasting friendships and to successfully re-enter society.

Dismas House is co-ed and accommodates up to 15 residents. Most bedrooms are large enough to hold a double or triple occupancy. Room assignments are subject to change. Your family and friends may contact or visit you at the following:

Telephone number: (574) 307-3523 (no incoming calls between midnight and 4 a.m.)
Mailing Address: 521 South St. Joseph Street, South Bend, IN 46601
Visiting Hours: Sun. thru Thurs. from 9:00 a.m. to 10:00 p.m.; Fri. & Sat. from 9:00 a.m. to Midnight

Again, welcome to the Dismas House community

Sincerely,

*Maria Stancati*

Maria Stancati, Executive Director

"Witness the Power of Forgiveness."
P.O. Box 4571, 521 S. St. Joseph St., South Bend, IN 46634
Telephone: 574. 233.8522   Fax: 574. 246.9538
E-Mail: dismas@dismasin.org   Website: www.dismashouseofindiana.org
*A Member of St. Joseph County Chamber of Commerce*
**Volunteer   Donate   Advocate**

# Dismas House of Indiana Fact Sheet

Address: P.O. Box 4571* 521 S. St. Joseph St., South Bend, IN 46634
Office: 574-233-8522 Fax: 574-246-9538
Email: dismas@dismasin.org
Website: www.dismashouseofindiana.org





**Our mission** is to aid with the reconciliation of former prisoners to society and society to former prisoners while developing a **supportive community**. Dismas House is a unique place where college students and former prisoners come together under one roof and together create their own community and supportive environment. By having active volunteers from the outside community as well as active board members from all crosses of life, the community interacts both in and outside the home.

Residents are required to make a *commitment of at least 90 days*, if a student resident a semester, or an academic year. As part of living at Dismas House, residents must:

*Perform assigned chores, pay program fees, participate in community events, attend evening meals and house meetings, and be an active member of the Dismas Community.* Dismas House is not affiliated with any particular religion and is not a bureaucratic organization or counseling agency. This House is full of a group of concerned people (volunteers, students, former prisoners, and staff) who's aim it is to help each other. **As a resident, it is part of your commitment to be responsible, not only for yourself, but for the betterment of the entire community.** Treat everyone with dignity and respect. Keep in mind that your actions affect each person you live with and interact with.

Volunteers are the foundation to Dismas House's success. It is vital that volunteers are always welcomed, given respect, and shown appreciation. Keep in mind that volunteers make dinners, fund home repairs, provide residents with basic necessities, and raise awareness in the community. Dismas **does not accept** anyone with any sexual or child abuse offenses, patterns of repeated violence/arson or anyone with an **active** substance/alcohol abuse problem.

First days: Each new resident undergoes an evaluation period of thirty days. If the resident does not show an interest in community life, that person may be asked to leave. The first thirty days are considered part of your interview process. Make sure that Dismas' House staff aware of when you'll arrive as soon as possible. Upon arrival, you will be given an orientation, assigned a bedroom, and given a key to your bedroom, assigned a chore and a day to do dishes. The deposit to move in is $115.00 and is due on the day of arrival.

Employment/School: All residents of Dismas House must be employed or going to school full time. If a resident receives SSI, they must volunteer a minimum of ten hours per week. Dismas Staff will assist you in finding employment, but ultimately the resident is responsible for finding, securing, and maintaining a job. **The Executive Director must be informed immediately if a resident obtains or loses a job. You must have permission of the Executive Director in order to quit your job.** In addition, you must report your salary, work hours, pay periods/dates, employer's name, address, and phone number to staff members. Students should inform staff of any academic problems.

Program Fees: Program fees are $115 per week or $460 a month. These fees include room, amenities, programs, services and activities. Non-payment of fees is grounds for dismissal from the house and potential collections and/or legal action. Program fees are set by the board of directors and may increase due to rising overhead cost.

Curfews: Upon first arrival, all new residents will have a daily curfew of 8pm for the first 30 days. After 30 days, the curfew will be extended to 10pm if the resident attends all required meetings/counseling/programs, obeys house rules, curfews and completes chores & volunteer hours. Curfews may be extended to midnight if the residents adhere to the above, is employed at least 30 days and program fees are current. The Review Committee will approve curfew changes unless the courts, parole, probation, or supervising community corrections program sets the curfew. If a resident loses employment, falls behind in program fees or is not attending required meetings/counseling/programs or activates residents' curfews can be reduced/revoked by the Executive Director until the next review committee meeting.

Revised 2018

# DISMAS HOUSE RULES

*These rules are guidelines for house etiquette and behavior to create a safe community. To live peacefully together these rules serve to foster a healthy living environment.*

1) **No violence:** The use or threats of violence, intimidation or harassment of any kind means that you will be asked to leave the program/house immediately. There is not appeal hearing for violating rule 1.

2) **No alcohol, drugs/substances:** There are *no illegal drugs or alcohol of any kind allowed in the house or on the premises.* Consequences for violating this rule may range from participating in a more intensive substance abuse program, additional NA/AA classes, random drug screens ore termination from the program. If anyone in the house believes that you are a danger to yourself and/or others, you will be asked to leave immediately.

3) **No Disturbing the Peace:** Rowdy behavior, spreading false rumors/gossip, rudeness, stealing, lying, vulgarity, racists or sexist remarks, disrespect of Dismas & other's property irrational behavior, excessive noise from devices or guests. A resident will be asked to leave for displaying disruptive/anti-social behavior.

4) **No Sex:** *Sexual relationships between two residents, a resident and a volunteer, or a resident and a staff member are not permitted.* Individuals who get involved in intimate relationships will be terminated from the program. Women are not allowed on the men's floor and men are not allowed on the women's floor. For security reasons we encourage residents to only allow their roommates in their bedroom. **Sexual harassment is not tolerated** and should be reported to the executive director or chair of the review committee. Residents will be asked to leave if they sexually harass another resident, volunteer or staff member.

5) **Guests:** No guests are allowed upstairs or in bedrooms and all rooms should be locked when a resident aren't in their room. Sexual harassment is not tolerated and should be reported immediately to the Executive Director or the Chair of the Review Committee. If guest sexually harass another resident, volunteer, or staff member they will be asked to leave immediately and will not be allowed back to Dismas. No pornographic videos, magazines, or other materials are permitted in the house. You are responsible for your guests at all times. Guests are permitted only on the main level of the house. Guests can visit from Sunday – Thursday 9:00am – 10:00pm and Friday-Saturday 9:00am – midnight.

6) **House Meetings/Community Dinners:** House meetings are held once a week and are mandatory for all residents. These meetings over issues such as policy and management, potential new residents, conflicts, personal reflections and conflict resolution. Dinner is at 6:30pm Monday – Thursday. All residents are required to attend Dismas Dinner. Only administrative staff can excuse a resident from dinner.

7) **No smoking:** There is no smoking allowed in the house. There is a designated smoking area on the front or back porch. There are no candles, incense, coffee pots or hot plates allowed in the resident's bedroom or anywhere else in the home. All e-cigarettes need to be pre-approved by the executive director prior to being bought and used. No hand-rolling tobacco products and/or tobacco is permitted on the Dismas property.

*Appeals:* You may appeal of the Executive Director's decisions. If you wish to appeal, inform the Executive Director and then together bring the issue to the next house meeting. If you wish to appeal further, a meeting with the Review Committee can be arranged. A final appeal may be made to the Dismas of Indiana Board of Directors.

*Counseling:* The Review Committee may require a resident to participate in various types of counseling while at Dismas House. Professional counseling is made available through other local agencies. Any outside fees are the responsibility of the resident.

*Final Days:* The Dismas House program is a preparatory step. All residents are asked to stay through the final House Meeting to share their reflection and show encouragement to other house residents. All fees must be paid up before residents move out or a repayment plan agreed upon with the Executive Director. A 30 day move-out notice is required.

Revised 2018



# Dismas House of South Bend

Dismas House of South Bend
521 S. St. Joseph Street
South Bend, Indiana 46634
574/233.8522
email: dismasb@dismas.org

www.Dismas.org



### WAYS TO HELP DISMAS HOUSE

- Make a financial contribution
- Prepare an evening meal as a volunteer cook
- Share a skill or be a GED/Computer Tutor
- Provide rides to AA/NA meetings or church
- Assist with employment opportunities
- Provide a monthly bus pass
- Makeover a room: paint, carpet or furnish
- Help with house repairs/renovations
- Provide electrical or plumbing services
- Donate old jewelry or craft/art supplies
- Host a special event with residents and their children e.g. picnic, holiday party
- Donate bicycles, tickets to events, cleaning supplies, used cars, etc.
- Help with landscaping or gardening
- Provide welcome home packages for men and women of all ethnic groups e.g. hair products, deodorant, body soap, toothbrush/paste, razors, shaving cream, lotion, makeup, nail polish, etc.

*DISMAS HOUSE NEEDS A NEW VAN.
IF YOU CAN HELP, CONTACT THE OFFICE:
574/233.8522*

## THE DISMAS HOUSE PROGRAM
### ~A CHANCE AT A NEW BEGINNING~

Since 1986, Dismas House has served over 800 former offenders who shared the house with over 100 college students. Dismas provides basic human needs and essential programs that help returning prisoners successfully reintegrate into community. Indiana's recidivism rate is 37%. Tracking past Dismas residents, we learned that only 16% have re-offended, compared to the state's average of 37%. These statistics reaffirm our belief that the cycle of crime can be reduced when returning prisoners receive support in the re-entry process.

*For four decades, Dismas House has successfully brought former offenders and the larger community together to promote fresh starts.*



*we believe in second chances*

### THE DISMAS SUPPORT SYSTEM

- Housing, Meals, Clothing, Linen, Toiletries, etc
- Case Management and Supervision
- Life Skills Training and Counseling
- Substance Abuse Program and *Thinking for Good*
- Employment Services and Transportation Assistance
- Women's and Men's Support Groups
- GED/Computer Tutoring and Internet Access
- Social Activities: Plays, Games, Movies, Events, etc
- Interaction with College Students, Staff and Volunteers
- Dismas Designs, a Social Enterprise; jewelry and craft designs, repurposing furniture, sales and marketing
- Linked to Health Services, Next Step Housing Opportunities

---

*What if college students and ex-offenders could live together, support and help each other find their place in society?*

At the Dismas House South Bend, male and female residents live in a century-old home adjacent to downtown. Residents are ex-offenders, as well as college students. Only 16 residents can live in the house at one time, allowing more personal one-on-one interaction and mentoring. It is in this mentoring that the task of empowering former offenders to find the strength within themselves to be productive members of society begins.



*Forgiveness*

Overseeing the operation of Dismas, is a Board of Directors from many backgrounds, faiths, industries and agencies to work together to ensure the mission of Dismas thrives. Board members hold key positions in the community and believe all people deserve to be treated with dignity and respect ~ and most importantly, offered a second chance.

As long as there is a willingness to change and lead a positive life in the community, ex-offenders are extended opportunities through Dismas they would not find anywhere else.


DISMAS HOUSE

---

## DISMAS HOUSE IN THEIR OWN WORDS...

"After incarceration, life can be overwhelming. Dismas House gives you a foundation to start over. It's a second chance to start over, an opportunity to earn back my self respect." ~ *Joe, former offender*

"Dismas House challenges you to deal with your issues that you would rather keep hidden." ~ *Coarretta, former offender*

"A person like me, who's been locked up so long needs a transitional period. Dismas House gives that to me. I had no safe place to go. I need the support I get here." ~ *Ivy, former offender*

"Without Dismas, I would be living in my car." ~ *Jeff, former offender*

"Dismas House has been a blessing for me and many ex-offenders. I have peace of mind knowing I live in a safe environment It has given me a chance to realize my mistakes and make positive changes in my life." ~ *Ben, former offender*

**IN THIS HOUSE...**
**WE DO REAL**
WE DO MISTAKES
WE DO I'M SORRY
WE DO SECOND CHANCES
**WE DO FUN**
**WE DO HUGS**
WE DO FORGIVENESS
WE DO REALLY LOUD
**WE DO FAMILY**
WE DO **LOVE.**

*The Dismas program helps ex-offenders walk the right path. It helps make our community a safer place to live.*

"In the courage of those who suffer and the compassion of those who stand by them, people will see God at work and join in."
~ Fr. Jack Hickey O.P.
Dismas House Founder